[No. 4740–7–III. Division Three. April 7, 1983.]

PARK PLACE PROPERTIES, *Appellant,* v. ROBERT L. MEAD, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 22659, Darrel Ellis, J. Pro Tem., entered July 28, 1981. *Affirmed* by unpublished opinion per Roe, C.J., concurred in by Green and McInturff, JJ.

[No. 5806–5–II. Division Two. April 8, 1983.]

*In the Matter of the Estate of*
ROBERT H. JONES.

Appeal from a judgment of the Superior Court for King County, No. 79–4–01080–1, Frank J. Eberharter, J., entered May 20, 1981. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Worswick, J.

[No. 5429–9–II. Division Two. April 8, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES VICTOR LOTAN, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. CR 81–6057, David R. Draper, J., entered March 16, 1981. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Petrie and Worswick, JJ.

[No. 9472–6–I. Division One. April 11, 1983.]

*In the Matter of the Marriage of* CONSTANCE COOK, *Respondent, and* STEPHEN JAMES COOK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. D–114256, Eugene G. Cushing, J., entered October 13, 1980. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Andersen, C.J., and Swanson, J.